UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MAENTANIS,<br><br>        Plaintiff,<br><br>    v.<br><br>COPASETIC CLOTHING, LTD.<br><br>        Defendant. | Case No. |

## COMPLAINT

Plaintiff James Maentanis, an individual, by through his attorneys JOHNSON & BELL, LTD., brings this action for Copyright Infringement against Defendant Copasetic Clothing Company ("Copasetic") and states as follows:

## THE PARTIES

1. James Maentanis ("Maentanis") is a professional photographer, living in Glenview, Illinois within this judicial district.

2. Copasetic Clothing Ltd. ("Copasetic" or "Defendant") upon information and belief is a corporation duly organized and existing under the laws of Canada.

3. Copasetic maintains its principal place of business at 195 West 3rd Avenue, Vancouver, BC CANADA, V5Y1E6.

4. Defendant conducts business activities, including those activities complained of herein, within this judicial district.

5. Defendant has transacted business within the State of Illinois and this judicial district.

1

6. Defendant has committed tortious acts within the State of Illinois by offering for sale and selling infringing goods within the State of Illinois and this judicial district.

## JURISDICTION AND VENUE

7. The Court has exclusive subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338 and the Copyright Act, 17 U.S.C. § 101 *et seq.*,

8. Venue is properly founded in this district pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2) and 1400(a).

## FACTUAL BACKGROUND

9. James Maentanis is a professional photo journalist who has worked for newspapers throughout his career such as the New York Times Co., Gannett Co.. His photographs have circulated world-wide. Maentanis has also covered Professional, Collegiate and local sports throughout his career ("Maentanis").

10. Walter Payton was a former Professional Football Player who played for the Chicago Bears for thirteen seasons.

11. Maentanis has captured dozens photographs of Walter Payton, one of the most famous Professional Football Players and most certainly the most famous Chicago Bears players to ever play, and one of the most famous professional football players of all time.

12. Maentanis has filed and been granted various copyright registrations for those photographs.

13. Maentanis photographed one of the most famous moments to occur at a Chicago Bears training camp.

14. This photograph is commonly known as "The Prank." (See below)



15. Maentanis has donated prints of his photographs to promote organ donation in the state of Illinois. Most importantly, Maentanis has given free 8x10" prints of "The Prank" to over 20,000 registered organ donors in the memory of Walter Payton.

16. Maentanis' Copyrighted photographs of Walter Payton include the following photographs:



3



17. Maentanis is the owner of United States Copyright Registration VAu-000643992 titled Payton Photos – Series II. (A true and correct copy of the Certificate of Registration is attached as Exhibit A).

18. Maentanis is the owner of United States Copyright Registration VAu-000643993 titled Payton Photos – Series III. (A true and correct copy of the Certificate of Registration is attached as Exhibit B).

19. The photographs identified in paragraph 16 are part of Copyright Registration VAV – 00643992 & VAV – 00643993 (hereinafter "Copyrighted Photos").

### *COPASETIC'S INFRINGEMENT*

20. Copasetic manufactures and distributes clothing, such as t-shirts, hoodies, sweat pants, and hats ("Apparel").

21. Copasetic's Apparel is offered for sale and sold throughout the United States and within this judicial district, at least through the *Roots of Fight* website at www.rootsoffight.com.

22. At all times relevant, Copasetic controls the content of the website with URL http://www.rootsoffight.com.

23. Among Copasetic Apparel is the "Roots of Fight" collection.

24. The Roots of Fight collection is a collection of apparel featuring and referencing famous athletes, including Walter Payton.

25. Several pieces of Roots of Fight Apparel reference Walter Payton. (see Exhibit C)

26. Copasetic advertises its Roots of Fight collection through online advertisements at www.facebook.com/RootsOfFight ("Facebook Page"), and www.twitter.com/rootsoffight ("Twitter Page") among others.

27. Likewise, Copasetic has used images of famous athletes, including images of Walter Payton, in advertising the Roots of Fight collection.

28. Copasetic's advertisements for its Roots of Fight Collection include the Copyrighted Photos. (see Exhibit D; Exhibit E).

29. Copasetic published the advertisements in Exhibits D and E and others similar to those found in Exhibits D and E that incorporate the Copyrighted Photos on both its Facebook Page and Twitter Page.

30. Copasetic published advertisements incorporating the Copyrighted Photos at least twenty-two (22) times. (See Exhibit F).

31. Copasetic used the Copyrighted Photos without permission from Maentanis.

32. On or about March 27, 2018 and at all times relevant, Maentanis, through his counsel, sent a letter to Copasetic and informed Copasetic of his rights in the Copyrighted Photos.

33. Since that date, Copasetic has continued its unauthorized use of the Copyrighted Photos.

34. Defendant had knowledge of Maentanis' rights in the Copyrighted Photos.

35. Infringement by Defendant of the Copyrighted Photos has infringed the rights of Maentanis in the Copyrighted Photos pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq.*

36. Defendant's infringements and such actions were deliberate and are willful.

37. Defendant's unauthorized reproduction and distribution of the Copyrighted Photos through Defendants websites and advertisements infringes Maentanis' valuable and exclusive copyrights.

38. Maentanis has no adequate remedy at law.

## COUNT I
## COPYRIGHT INFRINGEMENT

39. Maentanis repeats and realleges the allegations set forth in paragraphs 1 through 38 above as if fully set forth herein.

40. Maentanis has duly complied with all requirements of the Copyright Act with respect to the protection of the original works of authorship that are the subject of the Copyrighted Photos.

41. Defendant has, without any license, consent, or authority from Maentanis, reproduced and distributed advertisements containing the Copyrighted Photos.

42. Defendant infringed the Copyrighted Photos with reckless disregard for Maentanis' rights, as Defendant knew or should have known that its actions constituted infringement of Maentanis' rights.

43. Maentanis has not authorized, licensed, or otherwise permitted Defendant to make any use of the Copyrighted Photos for any purpose.

44. As a direct and proximate result of such infringement, Defendant has derived and received gains, profits, and advantages in an amount yet to be determined.

45. Pursuant to 17 U.S.C. § 504(b), Maentanis is entitled to his actual damages and any additional profits attributable to Defendant's infringing acts.

46. Pursuant to 17 U.S.C. § 504(c), Maentanis is entitled to elect to recover an award of statutory damages as a result of Defendant's willful reproduction and distribution of advertisements infringing upon Plaintiff's rights in the Copyrighted Photos.

47. Pursuant to 17 U.S.C. § 505, Maentanis is entitled to its full costs of the action, including reasonable attorneys' fees.

48. Due to Defendant's infringing acts, Maentanis has suffered significant and irreparable injury for which Maentanis has no adequate remedy at law.

49. Unless enjoined by this court, Defendant's infringement is likely to continue unabated, causing further irreparable injury to Maentanis.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, James Maentanis, prays for entry of:

1) A **FINAL JUDGMENT** that Defendant has infringed Plaintiff's rights in the Copyrighted Photos in violation of 17 U.S.C. §§ 106 and 501 and that such infringement was willful;

2) An **ORDER** enjoining Defendant and its officers, directors, agents, servants, employees, affiliates, members, parents, subsidiaries, and all those acting in concert or participation therewith, preliminarily and permanently, from distributing, promoting, displaying the Copyrighted Photos;

3) An **ORDER** enjoining Defendant and its officers, directors, agents, servants, employees, affiliates, members, parents, subsidiaries, and all those acting in concert or participation therewith, preliminarily and permanently, from infringing Maentanis' rights in the Copyrighted Photos.

4) An **ORDER** requiring Defendant to account for all gains, profits, and advantages derived and accrued as a result of its infringement of Maentanis' rights in the Copyrighted Photos; and

5) A **FINAL JUDGMENT**:

(a) assessing to Plaintiff an award of its actual damages, trebled, as well as all profits Defendant derived from infringing Maentanis's rights in the Copyrighted Photos pursuant to 17 U.S.C. § 504(b);

(b) assessing to Plaintiff a maximum award of statutory damages due to Defendant's willful infringement of Maentanis' rights in the Copyrighted Photos pursuant to 17 U.S.C. §504(c);

(c) awarding to Plaintiff its attorney's fees, expenses and costs incurred in connection with this action pursuant to 17 U.S.C. § 505; and

(d) assessing such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Respectfully submitted,
JOHNSON & BELL, LTD.

/s/ Christopher W. Niro
William L. Niro
Christopher W. Niro
Ava L. Caffarini
33 W. Monroe St. Suite 2700
Chicago, IL 60603
(p) 312.372.0770
(f) 312.372.9818
nirow@jbltd.com
niroc@jbltd.com
caffarinia@jbltd.com

***Attorneys for Plaintiff James Maentanis***
